MONTGOMERY, DIRECTOR, CALIFORNIA
DEPARTMENT OF SOCIAL WELFARE,
ET AL. *v.* KAISER ET AL.

No. 828.   Decided April 20, 1970

*Thomas C. Lynch,* Attorney General of California, and *Elizabeth Palmer,* Deputy Attorney General, for appellants.

*Thomas L. Fike* for appellees.

PER CURIAM.

The judgment is vacated and the case is remanded to the United States District Court for the Northern District of California for further consideration in light of *Dandridge* v. *Williams, ante,* p. 471.

MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN, and MR. JUSTICE MARSHALL are of the opinion that the judgment should be affirmed.